THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-184RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND FOR APPOINTMENT OF CJA COUNSEL |
| PAUL HAMILTON, | ) | |
| Defendant. | ) | |

THE COURT has considered the Ex Parte Motion to Withdraw and for Appointment of CJA Counsel, the accompanying Ex Parte Declaration of Counsel, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Corey Endo and the Office of the Federal Public Defender are permitted to withdraw as counsel in this matter, and that substitute CJA counsel shall be appointed to represent Paul Hamilton.

DONE this 12th day of November 2021.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender

ORDER TO WITHDRAW AND FOR
APPOINTMENT OF CJA COUNSEL - 1
(*United States v. Hamilton*, CR20-184RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100